**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1348**

_____

ARETHA CHAPMAN; TERESA ELLIOT; HESTIA G.
PAPPAS; CAROLYN BOLLING; ZENA R. PARKER; JOYCE
SHELTON; LISA C. GREGORY,

Plaintiffs - Appellants,

versus

RICHARD DANZIG, SECRETARY OF THE NAVY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-99-1494-A)

_____

Submitted: September 29, 2000      Decided: October 11, 2000

_____

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert L. Bell, C. Vaughn Adams, BELL & ADAMS, Washington, D.C.,
for Appellants. Arthur Erwin Peabody, Jr., OFFICE OF THE UNITED
STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Plaintiffs appeal the dismissal of their suit alleging constitutional violations by the Equal Employment Opportunity Office of the Naval Sea Systems Command. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Chapman v. Danzig</u>, No. CA-99-1494-A (E.D. Va. Feb. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>